# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2401
_____

PRESCOTT TERRY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Mark E. Feagle, Judge.

June 24, 2026

PER CURIAM.

AFFIRMED. *See McGlaun v. State*, 420 So. 3d 634, 636 (Fla. 1st DCA 2025) (affirming the appellant's habitual felony offender sentence without deciding the impact, if any, of *Erlinger v. United States*, 602 U.S. 821 (2024), because any error was harmless); *Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025) (same); *Jackson v. State*, 410 So. 3d 4, 11 (Fla. 4th DCA 2025) (same).

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.